UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

AIG PROPERTY AND CASUALTY Co.
as subrogee of Larry and Jane Scheinfeld,

                 Plaintiff,

-against-

FEDERAL EXPRESS CORPORATION, FEDEX
CORPORATION, FEDEX CORPORATE SERVICES,
INC., FEDEX GROUND PACKAGE SYSTEM, INC. and
IL PELLICANO HOTEL

                 Defendants.
_____X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 14 2015

15-CV-6316 (KBF)

CONSENT ORDER TO
TEMPORARILY STAY
DISCOVERY PENDING
RESOLUTION OF
DEFENDANTS' MOTION TO
DISMISS

      This matter came before the court by letter motion on September 11, 2015. It appears to the Court, based on representations of counsel and the entire record in this cause that the Plaintiff and Defendants, Federal Express Corporation, FedEx Corporation, FedEx Corporate Services, Inc. and FedEx Ground Package System, Inc., agree that all discovery in this matter should be temporarily stayed pending resolution of Defendants' Motion to Dismiss (doc. 5), which was filed with the Court on August 18, 2015.

      The Motion to Dismiss, if granted, would dispose all matters in controversy between the parties and the parties wish to avoid the burden and costs of conducting potentially unnecessary discovery.

      The parties further agree that Plaintiff shall have until October 1, 2015, to file its Response to Defendants' Motion to Dismiss, after which Defendants shall have 10 days to file a Reply.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, that all discovery in this matter is stayed until the Court issues its ruling on Defendants' Motion to Dismiss now pending before the Court.

Stipulated by the parties on this the 11th day of September, 2015.

Plaintiff's Counsel                              Defendants' Counsel:

s/William DeVito                                 s/Aaron T. Cassat
William DeVito                                   Aaron T. Cassat (*pro hac vice*)
The Law Offices of Leon R. Kowalski              Federal Express Corporation
12 Metrotech Center, 28th Floor                  3620 Hacks Cross Road
Brooklyn, NY 11201                               (901) 434-8477

Adopted by the Court this 14th day of September, 2015.

JUDGE KATHERINE B. FORREST